# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:19CR239** |
| vs. | |
| KAYLA MARIE MILLER, | **ORDER** |
| Defendant. | |

This matter is before the court on the motion of Assistant Federal Public Defender John J. Velasquez and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Kayla Marie Miller. (Filing No. 12). John J. Velasquez represents that the Office of the Federal Public Defender has a conflict of interest in this matter. John J. Velasquez's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 12) is granted.

Andrew J. Hilger, 5170 Leavenworth, Omaha, NE 68106, (402) 551-2500, is appointed to represent Kayla Marie Miller for the balance of these proceedings pursuant to the Criminal Justice Act. John J. Velasquez shall forthwith provide Andrew J. Hilger with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Velasquez which are material to Kayla Marie Miller's defense.

The clerk shall provide a copy of this order to Andrew J. Hilger.

**IT IS SO ORDERED.**

Dated this 2nd day of October, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge